**Order entered August 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00850-CV

## AMERICAN HONDA MOTOR CO., INC., Appellant

### V.

## SARAH MILBURN, JOHN MILBURN, AND CAROLYN MILBURN, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16470**

## ORDER

Before the Court is the August 16, 2019 request of Lanetta Williams, Official Court Reporter for the 116th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 1, 2019**. We caution Ms. Williams that further extension requests will be disfavored.

/s/     BILL WHITEHILL
          JUSTICE